Michael Yesk (SB#130056)
Megan Dailey (SB#221574)
Yesk Law
70 Doray Drive, Suite 16
Pleasant Hill, CA 94523
925-849-5525
m.yesklaw@gmail.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER P. ZAPATA and ELAINE A. ZAPATA,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BANK, N.A., AS TRUSTEE FOR THE CSMC ARMT 2006-3 TRUST; WELLS FARGO BANK, N.A.; FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC F/K/A FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; AND DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No.: 3:13-cv-04288-JCS<br><br>STIPULATION FOR DISMISSAL<br>Fed. R. Civ. P. 41(a)(1)(A)(i |

TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs CHRISTOPHER P. ZAPATA and ELAINE A. ZAPATA and Defendant FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC formerly known as FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, LLC hereby agree that said Defendant,

STIPULATION FOR DISMISSAL
Fed. R. Civ. P. 41(a)(1)(A)(i)

- 1

1  FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC formerly known as FIRST
2  AMERICAN LOANSTAR TRUSTEE SERVICES, LLC, shall be dismissed pursuant to Fed. R.
3  Civ. P. 41(a)(1)(A)(i) with prejudice and this stipulation, with each party to bear its own fees and
4  costs.

6  THEREFORE:

7  FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC formerly known as
8  FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, LLC is hereby dismissed, with
9  prejudice, each party to bear its own costs and fees.

10  SO STIPULATED.

12  DATED: October 7, 2012          ___/s/__Megan Dailey_____
                                    Megan Dailey,
13                                  Attorney for Plaintiffs CHRISTOPHER P. ZAPATA and
                                    ELAINE A. ZAPATA
14                                  Yesk Law
                                    70 Doray Dr. #16
15                                  Pleasant Hill, CA 94523
                                    Tel.  925-849-5525

18  DATED: October 7, 2013          __/s/_Lawrence D. Harris_____
                                    Lawrence D. Harris
19                                  Attorney for Defendant FIRST AMERICAN TRUSTEE
                                    SERVICING SOLUTIONS, LLC formerly known as
20                                  FIRST AMERICAN LOANSTAR TRUSTEE SERVICES,
                                    LLC
21                                  Law Offices of Glenn H. Wechsler
                                    1646 N. Main Street, Ste 450
22                                  Walnut Creek, CA 94596
23                                  Tel.  925-274-0200

STIPULATION FOR DISMISSAL
Fed. R. Civ. P. 41(a)(1)(A)(i)