Michael Yesk (SB#130056)
Megan Dailey (SB#221574)
Yesk Law
70 Doray Drive, Suite 16
Pleasant Hill, CA 94523
925-849-5525
yesklaw@gmail.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER P. ZAPATA and ELAINE A. ZAPATA,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>U.S. BANK, N.A., AS TRUSTEE FOR THE CSMC ARMT 2006-3 TRUST; WELLS FARGO BANK, N.A.; FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC F/K/A FIRST AMERICAN LOANSTAR TRUSTEES SERVICES, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; AND DOES 1-100, INCLUSIVE,<br><br>　　　　Defendants. | Case No.: 3:13-cv-04288-JCS<br><br>[Proposed] ORDER on STIPULATION FOR DISMISSAL Fed. R. Civ. P. 41(a)(1)(A)(i) |

[PROPOSED] ORDER

　　　Based on the Plaintiffs' request pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and good cause appearing,

　　　IT IS ORDERED that

[Proposed] ORDER on STIPULATION FOR DISMISSAL Fed. R. Civ. P. 41(a)(1)(A)(i) - 1

1     FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC formerly known as
2 FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, LLC is dismissed without prejudice,
3 the parties to this stipulation to bear their own costs and fees among each other.

5     Dated: October __9__, 2013      /s/ Wm Alsup

6     ~~Hon. Joseph C. Spero~~
    District Judge William Alsup

~~[Proposed]~~ ORDER on STIPULATION FOR DISMISSAL Fed. R. Civ. P. 41(a)(1)(A)(i) - 2