United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ZAPATA and ELAINE ZAPATA,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, *et al.*<br><br>    Defendants.<br>_____/ | No. C 13-04288 WHA<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT** |

Defendant First American Trustee Servicing Solutions, LLC moves to dismiss the case for failure to state a claim. On October 9, 2013, however, plaintiffs voluntarily dismissed First American from the action. Thus, First American's motion to dismiss and related request for judicial notice are hereby **DENIED AS MOOT.**

**IT IS SO ORDERED.**

Dated: October 9, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE