[~~PROPOSED~~] ORDER

Based on the Plaintiffs' request pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and good cause appearing,

**IT IS ORDERED** that

FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC formerly known as FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, LLC is dismissed with prejudice, the parties to this stipulation to bear their own costs and fees among each other.

Nov. 7, 2013.
Dated: ~~October ____, 2013~~

_____
Hon. William H. Alsup

STIPULATION FOR DISMISSAL
Fed. R. Civ. P. 41(a)(1)(A)(i); ~~[Proposed]~~ ORDER

- 3