**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

February 18, 2014

Alameda Superior Court
1225 Fallon
Oakland CA 94612

RE:  CV 13-04288 WHA    CHRISTOPHER ZAPATA-v-WELLS FARGO BANK
      Your Case Number: (RG13691709)

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

    (X)    Certified copies of docket entries

    (X)    Certified copies of Remand Order

    ()    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by:  D. Merry
Case Systems Administrator

Enclosures

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg